# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSH LOVATO,

    Plaintiff,

                                                 No. 1:23-cv-00264 LF/GJF

v.

THE CITY OF ALBUQUERQUE,
APD OFFICER H. MARQUEZ,
AND JOHN DOE APD OFFICERS
1-11,

    Defendants.

## NOTICE OF AGREED UPON EXTENSION FOR DEFENDANTS' CITY OF ALBUQUERQUE AND "APD OFFICER H. MARQUEZ'S" ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT TO RECOVER DAMAGES FOR DEPRIVATION OF CIVIL RIGHTS AND RIGHTS UNDER THE NEW MEXICO CONSTITUTION AND TORT CLAIMS ACT [DOC 6]

**COME NOW** Defendants City of Albuquerque and "APD Officer H. Marquez" (hereinafter "Defendants"), by and through their counsel of record, Managing City Attorney Kristin J. Dalton, and hereby gives notice of the parties' agreed upon extension of time until April 26, 2023 for Defendants to file their Answer to Plaintiff's First Amended Complaint to Recover Damages for Deprivation of Civil Rights and Rights under the New Mexico Constitution and Tort Claims Act. [Doc. 6]

                                              Respectfully submitted,

                                              **CITY OF ALBUQUERQUE**
                                              Lauren Keefe, City Attorney

                                              /s/ *Kristin J. Dalton*
                                              Kristin J. Dalton
                                              Managing City Attorney
                                              P.O. Box 2248
                                              Albuquerque, New Mexico 87103

(505) 768-4500 / F: (505) 768-4505

*Attorney for Defendants City of Albuquerque and "APD Officer H. Marquez"*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system to the following:

Shavon M. Ayala, Esq.
601 Parkside Place SE
Albuquerque, NM 87123
(505) 344-0401 / F: (505) 268-2997
nmlawyerayala@gmail.com

*Attorney for Plaintiff*

on this 21st day of April, 2023.

/s/ *Kristin J. Dalton*
Kristin J. Dalton, Managing City Attorney